

**Entered on Docket
April 16, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-S 09-27981-BAM |
| RIGONI, JAMES | IN CHAPTER 11 PROCEEDINGS |
| RIGONI, NICOLE | MOTION TO VALUE COLLATERAL |
| Debtor(s), | Hearing Date: April 13, 2010<br>Hearing Time: 9:00 a.m. |

**ORDER ON MOTION TO VALUE COLLATERAL, "CRAM DOWN" AND MODIFY RIGHTS OF WELLS FARGO BANK, N.A. (ACCT. ENDING IN 6793)PURSUANT TO 11 U.S.C. 506(a) and 11 U.S.C. 1123(b)(5)**

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1. The Debtor's property located at 2954 HIDDEN HOLLOW CIRCLE, LOGANDALE, NEVADA 89021 (the "Subject Property") is valued at $338,000.00.

2. That on the filing date of the instant Chapter 11 Petition, WELLS FARGO BANK, N.A. (ACCT. ENDING IN 6793)'s claim was partially unsecured in the amount of $189,439.00.

**IT IS THEREFORE ORDERED THAT** WELLS FARGO BANK, N.A. (ACCT. ENDING IN 6793) 's claim is bifurcated to a secured claim in the amount of $338,000.00 and a general unsecured claim in the amount of $189,439.00 to be paid pro rata with like unsecured creditors.

**IT IS FURTHER ORDERED THAT** WELLS FARGO BANK, N.A. (ACCT. ENDING IN 6793) is stripped of its secured rights and/or lien-holder rights in the unsecured portion of the bifurcated claim. Therefore, the secured rights in the unsecured portion of the bifurcated claim are hereby terminated and shall be reclassified as a non-priority general unsecured claim, which will be discharged only upon successful completion of the confirmed Chapter 11 Plan. This Order shall not alter the rights of this secured party should the case be converted or dismissed.

DATED this 13th day of April, 2010.

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
3130 S. Rainbow Blvd. Ste. 304
Las Vegas, NV 89146
*Attorneys for Debtors*

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows:

(  ) The Court waived the requirement of approval under LR 9021.

(  ) This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

(  ) This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

( X)   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.